392 0067

*Closed*

**Purchase Order**

| PURCHASE ORDER NO. | REVISION | PAGE |
|---|---|---|
| 200322 | 0 | 1 |

THIS PURCHASE ORDER NO. MUST APPEAR ON ALL INVOICES, PACKING LISTS, CARTONS AND CORRESPONDENCE RELATED TO THIS ORDER.

SHIP TO:
444 SAW MILL RIVER RD
ARDSLEY, NY 10502
United States
(SAME AS BELOW UNLESS OTHERWISE INDICATED)

BILL TO:
THE PURDUE FREDERICK COMPANY
100 Connecticut Avenue
Norwalk, CT 06850-3590
United States

SUPPLIER: PHILIPS ANALYTICAL
581 RT. 17M
BLD 2 SUITE 2
MONROE, NY 10950
Attn. Daryn Merlo
914-774-1582

| SUPPLIER NO. | DATE OF ORDER/BUYER | REVISED DATE/BUYER |
|---|---|---|
| 20408 | 08-FEB-00 TEGAN, D | |

| PAYMENT TERMS | SHIP VIA | F.O.B. |
|---|---|---|
| IMMEDIATE | SHIP BEST WAY | Origin |

| FREIGHT TERMS | REQUESTOR/DELIVER TO |
|---|---|
| Prepaid & Add | WOLLOCKO, ARTUR |

| ITEM | PART NUMBER / DESCRIPTION | DELIVERY DATE | QUANTITY | UNIT | UNIT PRICE | EXTENSION | TA |
|---|---|---|---|---|---|---|---|
| 1. | PW3040/00  X'PERT "MPD" - MULTI PURPOSE DIFFRACTOMETER THETA/THETA CONFIGURATION AS PER PROPOSAL NO D0101PU 222000 | 31-MAY-00 | 1.00 | EA | 245446 | 245,646.00 | |

CONFIDENTIAL          IPBL 000545

PURCHASE ORDER NUMBER AND SUPPLIER PART NUMBER (IF SPECIFIED) MUST APPEAR ON THE PACKING SLIP AND INVOICE. ALL TERMS AND CONDITIONS WHICH APPEAR ON THE BACK OF THIS ORDER ARE INCORPORATED HEREIN.

| Total | 245,646.00 |
|---|---|

*Deborah A Tegan*

AUTHORIZED SIGNATURE

Analytical                    FAX NO. : 19147741582              Feb. 02 2000 12:43PM  P2

ALYTICAL
Philips North America Corporation

# Quotation

Date: __February 2, 2000__

Frederick Research
aw Mill River Road
.ley NY 10502

Quotation No.: __D0101PU 222000__  Page  1   of  4

Inquiry No.: _____

Philips Analytical is pleased to submit its quotation for the products contained hereunder. This proposal shall not bind Philips until accepted by it in writing at its principal  offic
in Natick MA., union the terms and conditions stated on the face and reverse hereof. This quotation is valid for 30 days from date hereof unless otherwise specified.

| Item | Qty. | Catalog Number | Description | Price |
|------|------|----------------|-------------|-------|
| | | | **X'Pert "MPD" - Multi Purpose Diffractometer**<br>**Theta / Theta Configuration** | |
| 1 | 1 | PW3040/00 | **DIFFRACTOMETER CONSOLE**<br>* An instrument enclosure with sufficient space for single or dual goniometer X'Pert systems. The enclosure has fully interlocked double sliding doors (18mm lead acrylic) for normal access. All direct radiation areas are 12mm steel. This enclosure conforms to the world's strictest radiation standard, the German "Vollschutz" standard.<br>* The back panels are removable for improved access during system maintenance or reconfiguration.<br>* A high stability, solid state 3 kW x-ray generator operating at ultra-sonic frequencies. The generator settings are controlled directly by the software including automated tube "burn-in", ramping of tube power and standby modes at measurement conclusion. Maximum settings are 60kV, 60mA. The generator communicates directly with the x-ray tube to ensure that maximum allowable power ratings are never exceeded. Variations in HV is <0.01% per 10% mains variation.<br>* A microprocessor for control of up to two 2 goniometers, 24 DC motors, multiple stepper motors, 4 detectors and 3 shutters simultaneously.<br>* A 19" mounting rack for accessories such as temperature controllers and detector electronics.<br>* Dynamic real time status display of operating conditions and parameters including angular positions, counts, kV and mA settings. | |
| 2 | 1 | PW3050/10 | **GONIOMETER, THETA - THETA**<br>Vertical stand-alone goniometer with decoupled T-T drive. Designed to operate inside and under the control of the console PW3040/00. The goniometer can be used only in single goniometer configurations. DOPS (direct optical positioning sensing) provides pin point accuracy and zero backlash. System performs to the highest specifications.<br>Linearity= 0.0025 degrees<br>Reproducibility= 0.0001 degrees | |
| 3 | 1 | PW3373/00 | **CERAMIC TUBE CU LFF**<br>High-power X-Ray tube for X-Ray Diffraction. Characteristics are: body of ceramics, Cu anode, Long Fine Focal spot (LFF), four exit beam ports with Be window providing 2 line focl and 2 point focl. The tube is prepared to rotate from line to point position and is equipped with line/point and anode type recognition. High Power: 60 kV, 2.2 kW. The tube fits only in the tube shield of the console PW3040/00. | CONFIDENTIAL |
| 4 | 1 | PW3057/00 | **STAGE INTERFACE FOR PW3050/10** | |
| 5 | 1 | PW1821/90 | **SAMPLE STAGE, BULK** | |
| 7 | 1 | PW1311/50 | **HT CABLE 2.0M** | **IPBL 000546** |

This quotation supersedes all previous quotations, negotiations, statements, representations and promises and is valid for 30 days from the date hereof.

Terms of Delivery: __FOB Natick MA__                By: _~signature~_

Terms of Payment: __20% upon order, 70% upon delivery, 10% upon__
__installation__

Lead Time: ____90 to 120 DAYS ARO____

Representative: Daryn Merlo
Philips Analytical
581 Rt. 17M Bld, 2 Suite 2
Monroe, NY 10950

Tel: 914-774-1526
Fax: 914-774-1582

ALYTICAL
of Philips North America Corporation

# Quotation

Date:    February 2, 2000

urdue Frederick Research
444 Saw Mill River Road
Ardsley NY 10502

Quotation No.:  D0101PU_222000    Page  2  of  4

Inquiry No.:

Philips Analytical is pleased to submit its quotation for the products contained hereunder. This proposal shall not bind Philips until accepted by it in writing at its principal offi
in Natick MA., upon the terms and conditions stated on the face and reverse hereof. This quotation is valid for 30 days from date hereof unless otherwise specified.

| Item | Qty. | Catalog Number | Description | Price |
|------|------|----------------|-------------|-------|
| 8 | 1 | PW3716/10 | DUAL SCALER BOARD (DS) | |
| 9 | 1 | PW3042/00 | PEDESTAL VERTICAL | |
| | | | OPTICS AND DETECTOR | |
| 10 | 1 | PW3011/10 | PROPORTIONAL DETECTOR | |
| 11 | 1 | PW3123/00 | MONOCHROMATOR CU | |
| 12 | 1 | PW3081/00 | PROGRAMMABLE DIVERGENCE SLIT | |
| 13 | 1 | PW3091/00 | PROGRAMMABLE ANTI-SCATTER SLIT | |
| 14 | 1 | PW3093/00 | PROGRAMMABLE RECEIVING SLIT | |
| 15 | 2 | PW3713/10 | MULTIPLE DC MOTOR DRIVE (MDCD) | |
| | | | SAMPLE HOLDERS | |
| 16 | 1 | PW1066/11 | HOLDER, SAMPLE, 25 PCS | |
| | | | DIFFRACTION SOFTWARE | |
| 17 | 1 | PW3210/82 | X'Pert Organizer SW | |
| 18 | 1 | PW3200/82 | X'Pert Data Collector SW | |
| 19 | 1 | PW3201/82 | X'Pert Graphics SW | |
| 20 | 1 | PW3202/82 | X'Pert Identify SW | |
| 21 | 1 | 832.07921 | X'Pert Plus SW with Diamond graphics program | |
| 22 | 1 | PW1894/42 | Reference  Database PDF-1 | |
| 23 | 1 | PN3892/42 | Licenses, PDF-1 | |

CONFIDENTIAL        IPBL 000547

This quotation supersedes all previous quotations, negotiations, statements, representations and promises and is valid for 30 days from the date hereof.

Terms of Delivery:  FOB Natick MA

By:

Terms of Payment: 20% upon order, 70% upon delivery, 10% upon
                  Installation

Lead Time:        90 to 120 DAYS ARO

Representative:  Daryn Merlo
Philips Analytical
561 Rt. 17M Bld. 2 Suite 2     Tel: 914-774-1526
Monroe, NY 10950               Fax: 914-774-1582

ᴬlytical    FAX NO. : 19147741582    Feb. 02 2000 12:44PM  P4

ᴬNALYTICAL
of Philips North America Corporation

# Quotation

**Date:** February 2, 2000

Purdue Frederick Research
444 Saw Mill River Road
Ardsley NY 10502

**Quotation No.:** D0101PU_222000    **Page** 3 **of** 4

**Inquiry No.:**

Philips Analytical is pleased to submit its quotation for the products contained hereunder. This proposal shall not bind Philips until accepted by it in writing at its principal office in Natick MA., upon the terms and conditions stated on the face and reverse hereof. This quotation is valid for 30 days from date hereof unless otherwise specified.

| Item | Qty. | Catalog Number | Description | Price |
|------|------|----------------|-------------|-------|
| 24 | 1 | PNXXX/XX | *COMPUTER SYSTEM* | |
| | | | *SYS00004 Silicon Graphics 540 Base, CPU00028 Pentium 500MHz 512K, MEM 00004 128MB ECC SDRAM, 9.1GB Ultra 2, RVM00002 32X EIDE CD-ROM, MON00003 Silicon Graphics 1600SW 17.3 Flat Panel Monitor, FPA 00001 Flat Panel Interface, PWR0000 Power cord, PWR00020 FPD Card, KBD0000 USB Keyboard, MSE00001 USB Mouse, NTW00050 Win NT 4.0, SSU20003 On-Site next Day, 5X9, years 1-3 for SGI 540, SSU20003 Wty upgrade onsite NBD 5X9, years 1-3 for 1600W* | |
| 26 | 1 | PN3730/57 | *HP Deskjet 2000C Color Printer* | |
| 24 | 1 | PN3870/32 | *CUSTOMER TRAINING* | |
| | | | *ON-SITE APPLICATION TRAINING, 3 DAYS* | |
| 25 | 1 | PN3042/00 | *2-STUDENT SLOT, PC-APD SOFTWARE SCHOOL* | |
| | | | *SUPPORT EQUIPMENT* | |
| 26 | 1 | PN3730/11 | *SWITCH BOX AND MODEM FOR REMOTE DIAGNOSTICS* | |
| 27 | 1 | PW3055/10 | *COUNTER WEIGHT* | |
| 28 | 1 | PN3191/01 | *R100 REFRIGERATED WATER CHILLER - WATER COOLED* | |
| | | | *LOW TEMPERATURE SYSTEM -196C TO 450C* | |
| 29 | 1 | 500.27841 | *TTK-450 CAMERA ATTACHMENT TCU 100 TEMPERATURE CONTROLLER WATER FLOW CONTROLLER ADAPTER TTK-450* | |
| 30 | 1 | 500.27821 | *LN2 DELIVERY EQUIPMENT* | |
| 31 | 1 | 500.20141 | *DEWAR VESSEL* | CONFIDENTIAL |
| 32 | 1 | 500.20121 | *VACUUM SYSTEM* | |
| 33 | 1 | PN3775/00 | *HUMIDITY CONTROLLER With ambient temperature control to 80C* | IPBL 000548 |

This quotation supersedes all previous quotations, negotiations, statements, representations and promises and is valid for 30 days from the date hereof.

Terms of Delivery: FOB Natick MA    By: _____

Terms of Payment: 20% upon order, 70% upon delivery, 10% upon Installation

**Representative:** Daryn Merlo
Philips Analytical
581 Rt. 17M Bld. 2 Suite 2
Monroe, NY 10950    Tel: 914-774-1526
Fax: 914-774-1582

Lead Time: _____ 90 to 120 DAYS ARO

..ytical              FAX NO. : 19147741582            Feb. 02 2000 12:45PM  P5

..ALYTICAL
..f Philips North America Corporation

# Quotation

Date:    February 2, 2000

..rdue Frederick Research
444 Saw Mill River Road
Ardsley NY 10502

Quotation No.:  D0101PU_222000    Page  4   of  4

Inquiry No.:

Philips Analytical is pleased to submit its quotation for the products contained hereunder. This proposal shall not bind Philips until accepted by it in writing at its principal  offic
in Natick MA., upon the terms and conditions stated on the face and reverse hereof. This quotation is valid for 30 days from date hereof unless otherwise specified.

| Item | Qty. | Catalog Number | Description | Price |
|------|------|----------------|-------------|-------|
| 34 | 1 | 500.50000 | *HUMIDITY TEMPERATURE ATTACHMENT*<br>*Temperature controller, Waterflow adapter, Water bath* | |
| 35 | 1 | PW3900/00 | *15 POSITION EXCHANGEABLE SPINNER/CHANGER*<br>*Sample changer and spinner can be exchanged with other*<br>*stages. Both spinner and changer remount without realignment* | |
| 36 | 5 | PW1811/00 | *SAMPLE HOLDER SUPPORTS* | |
| 37 | 5 | PW1811/16 | *POWDER SAMPLE HOLDER RINGS 16mm* | |
| | | | *Total Price Installed  .  .  .  .  .  .*<br>* A one year system warranty is included.*<br>* The x-ray tube carries a 2 year full replacement warranty, not*<br>  *pro-rated.* | $255,646 |
| | | | *Additional Discount* | $10,000 |
| | | | *Total Price Installed* | $245,646 |

CONFIDENTIAL       IPBL 000549

This quotation supersedes all previous quotations, negotiations, statements, representations and promises and is valid for 30 days from the date hereof.

Terms of Delivery:  FOB Natick MA                    By:

Terms of Payment: 20% upon order, 70% upon delivery, 10% upon     Representative: Daryn Merlo
                  Installation                                    Philips Analytical
                                                                  561 Rt. 17M Bld. 2 Suite 2    Tel: 914-774-1526
Lead Time: __  90 to 120 DAYS ARO                                 Monroe, NY 10950              Fax: 914-774-1582

August 8, 2000

Dr. Philipe Palermo
Purdue Frederick Research
444 Saw Mill River Road
Ardsley, NY 10502

Dear Dr. Palermo,

Since 1998, Philips has been committed to build a long-term business partnership with Purdue Frederick Research, aimed to be mutually beneficial to both partners. Philips granted Dr. Artur Wollocko free and virtually unlimited access to our instruments and specialists in our applications laboratory. We have trained and advised him on the use of X-ray Diffraction and have assisted him in lab work required for patent applications and methods development. The support extended far and beyond the support normally provided to existing and prospective customers and constitutes a significant investment by Philips at no cost to Purdue.

In the sale of the X-ray Diffraction system by Purdue, we openly and clearly advised Dr. Wollocko on his initial and future options. Philips sold the system to Purdue at fair market value after vendor comparison and proper negotiation. During manufacturing, we converted the configuration to our state of the art newly released system with PreFIX™ optics and stages at no additional charge, much to the benefit of Purdue. Philips offered Dr. Wollocko continued access to our applications lab for advanced projects.

Philips is highly surprised about the unusual request for significant additional discounts at the eve of the system delivery. Philips respectfully disagrees with the claims that we have given Purdue an unfair deal and that we have misrepresented the configuration. However, to accommodate our relationship with Purdue and to avoid disagreement, we decided to make the following offer:

1.  Philips offers the following parts to Purdue at no charge. These parts allow limited support for capillary sample applications. A separate $0 value purchase order must be placed with Philips for these parts. No final payment can be withheld from the original system order pending delivery and installation of these additional parts. On-site installation is included.

    | | |
    |---|---|
    | 9430 500 28341 | Capillary sample alignment microscope |
    | 9430 920 03601 | PreFIX™ Microscope interface |
    | PW3063/00 | Capillary spinner |
    | PW3086/00 | Anti-scatter device for programmable divergence slit |

2.  $5,000 credit towards purchase of additional components.

Philips requests that you confirm acceptance of system delivery by Friday, August 11. This offer is extended as a courtesy to Purdue and does in no way or form acknowledge any claims against Philips and Philips will not engage in any further negotiation. Please, be advised that cancellation of the order will yield consequential damages to Philips as covered by contractual agreement.

In appreciation of our relationship, kind regards,

Rik Kerstens
Marketing Manager X-ray Product

August 31, 2000

Dr. Philipe Palermo
Purdue Frederick Research
444 Saw Mill River Road
Ardsley, NY 10502

Dear Dr. Palermo,

Please, find attached a summary of the additional FOC options and the low priced 2nd system presented to Dr. Zakrzewski. These attractive items were offered to guarantee satisfaction with the purchase of Philips equipment. The total savings value of these options is about $87,500.

The original purchase order contains a high-humidity device not present in the Bruker offer Purdue received. This device allows high-humidity experiments at elevated temperatures. We have offered Dr. Zakrzewski to exchange this device for a humidity attachment that allows high-humidity experiments at room temperature. This attachment is equivalent to the one offered by Bruker. This would safe Purdue $20,000 off the original purchase order.

Dr. Zakrzewski has indicated that these offers are not sufficient to Purdue and that exchanging the humidity device is not an option. He indicated that Purdue expects the 2nd system to be included for free. This is not acceptable to Philips. Philips is in the business of selling X-ray Diffraction solutions and takes pride in addressing our customers needs at a fair price. Considering the extra FOC options, the humidity device and many other features of the Philips system not included in the Bruker system, the total package offered by Philips is highly competitive and we are very disappointed that Purdue does not find this offer acceptable.

Philips has completed the assembly of the X-ray Diffraction system and has been waiting to ship for several weeks. Philips needs your final decision on whether Purdue will accept delivery. Please, inform us by Tuesday, September 5 of your final decision. Philips has already incurred $85,000 in non-material costs related to this sale and must consider recovering these costs upon cancellation of the order. If the order is canceled, Purdue can return the water chiller already supplied, or can purchase the chiller for $4,789 on a separate PO.

Philips truly appreciates the relationship with Purdue and regrets the turn of events that has taken place. Philips realizes that it cannot sell systems to a customer that does not want to purchase from Philips. As such, Philips cannot consider selling any further systems to Purdue in the USA if cancellation occurs. We sincerely hope that such action can be avoided.

In appreciation of our relationship, kind regards,

Rik Kerstens
Marketing Manager X-ray Products
508 647 1186

cc:    Dr. Philipe Goliber
        Dr. Marek Zakrzewski

SUMMARY OF COUNTER OFFERS PRESENTED BY PHILIPS TO AVOID ORDER CANCELLATION BY PURDUE

| Item | | Value | Purdue Price | Savings |
|---|---|---|---|---|
| Additional capillary parts for system 1 | | $10,512 | $0 | $10,512 |
| Credit system 1 | | | | |
| System 2 with courtesy discount | | $5,000 | $0 | $5,000 |
| Special Optic (to be delivered next year) | 1) | $122,000 | $85,000 | $37,000 |
| | 2) | $35,000 | $0 | $35,000 |
| Total savings | | | | $87,512 |

Comments:

1) Typical price for this type of system is $105,000 or more
   The Purdue price includes an additional $20,000 courtesy discount

2) This high-power optic is under development and it's functionality cannot be disclosed at this time for patent reasons
   The optic is highly suitable for pharmaceutical applications and is in-line with Dr. Marek Zakrzewski's anticipated needs
   Depending on it's use, this optic may require some additional components to be purchased by Purdue
   This optic was offered to encourage continued cooperation between Dr. Marek Zakrzewski and Dr. Vladimir Kogan (Philips Factory)

September 8, 2000

Dr. Philipe Goliber & Dr. Marek Zakrzewski
Purdue Frederick Research
444 Saw Mill River Road
Ardsley, NY 10502

Dear Philipe and Marek:

This letter is a summary of the agreement reached between Purdue and Philips with respect to the delivery of the X'Pert PRO system purchased by Purdue. Please, review the mutual commitments listed below and confirm by signing and returning this letter. This will allow Philips to initiate delivery and installation of the system.

1. Purdue will accept delivery of system 1 at the original agreed upon purchase price.

2. Philips will add the capillary components valued at $10,512 to system 1 free of charge.

3. Philips will hold a credit of $5,000 for Purdue towards the purchase of additional components.

4. Philips guarantees the price of $85,000 for system 2, as quoted as part of the delivery negotiations, until December 31, 2001.

5. Upon and only upon purchase of system 2 prior to December 31, 2001, Philips will add the new high-power incident beam optic valued at $35,000 free of charge. Purdue acknowledges that the purchase of matching diffracted beam optic will be required.

Please, note that Philips will require sign-off for warranty commencement for system 1 upon completion of installation and alignment of the original system. Final payment is due upon sign-off and cannot be withheld until delivery of the capillary components. The extra components will be installed free of charge and warranted for 1 year from delivery.

Philips appreciates your business and we thank you for the resolution of the delivery issues of the X'Pert PRO system. Philips is confident that you will be pleased with your purchase and we are looking forward to renewed cooperation.

Kind regards,


Rik Kerstens
Marketing Manager X-ray Products
508 647 1186

cc:    Dr. Philipe Palermo

Confirmed for Purdue by:  Name: _____

                          Title: _____

                          Sign: _____    Date: _____



# PHILIPS

## Philips Analytical Inc.

September 8, 2000

Dr. Philipe Goliber & Dr. Marek Zakrzewski
Purdue Frederick Research
444 Saw Mill River Road
Ardsley, NY 10502

Dear Philipe and Marek:

This letter is a summary of the agreement reached between Purdue and Philips with respect to
the delivery of the X'Pert PRO system purchased by Purdue. Please, review the mutual
commitments listed below and confirm by signing and returning this letter. This will allow Philips
to initiate delivery and installation of the system.

1.  Purdue will accept delivery of system 1 at the original agreed upon purchase price.

2.  Philips will add the capillary components valued at $10,512 to system 1 free of charge.

3.  Philips will hold a credit of $5,000 for Purdue towards the purchase of additional components.

4.  Philips guarantees the price of $85,000 for system 2, as quoted as part of the delivery
    negotiations, until December 31, 2001.

5.  Upon and only upon purchase of system 2 prior to December 31, 2001, Philips will add the
    new high-power incident beam optic valued at $35,000 free of charge. Purdue acknowledges
    that the purchase of matching diffracted beam optic will be required.

Please, note that Philips will require sign-off for warranty commencement for system 1 upon
completion of installation and alignment of the original system. Final payment is due upon sign-
off and cannot be withheld until delivery of the capillary components. The extra components will
be installed free of charge and warranted for 1 year from delivery.

Philips appreciates your business and we thank you for the resolution of the delivery issues of the
X'Pert PRO system. Philips is confident that you will be pleased with your purchase and we are
looking forward to renewed cooperation.

Kind regards,

Rik Kerstens
Marketing Manager X-ray Products
508 647 1186

cc:   Dr. Philipe Palermo

Confirmed for Purdue by:  Name: _Deborah Legan_

Title: _Purchasing Manager_

Sign: _Deborah Legan_   Date: _9/27/00_

71 Michigan Drive
Natick, MA 01760
Telephone: 508-647-1100
Facsimile: 508-647-1111
www.philips.com

## Robert A. S. Silberman

| | |
|---|---|
| **From:** | rik.kerstens@panalytical.com |
| **Sent:** | Tuesday, December 20, 2005 7:01 PM |
| **To:** | rmccarthy@edwardsangell.com |
| **Cc:** | Robert A. S. Silberman |
| **Subject:** | Purdue pricing |

Hi Rich,

Here is the pricing overview of the Purdue system.   Not all 1999 pricing was available as the system was upgraded to a 2000 system, with far more advanced optics and stage switching capabilities.  Don't know what the pricing was for the Silicon Graphics computers.  Our normal price for computers is 10% over the manufacturer price.  Since they sold it, they should know what the invoice was.  Adding this up, shows that even without the computer pricing, our list price was significantly higher than the quoted $245,646 system price. 

The secretary should have invoiced the 1999 and 2000 pricebooks.  Please, note that all this information is company confidential.

Let me know whether this is sufficient.

Kind Regards,

**Rik Kerstens - Financial Controller**

PANalytical                  e: rik.kerstens@panalytical.com
Natick (MA)                  t: +1 508 647 1186
United States                w: www.PANalytical.com


PANalytical                              The Analytical X-ray Company

The information contained in this message is confidential and may be legally privileged. The message is intended solely for the addressee(s) If you are not the intended recipient, you are hereby notified that any use, dissemination, or reproduction is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.

## Robert A. S. Silberman

| | |
|---|---|
| **From:** | rik.kerstens@panalytical.com |
| **Sent:** | Tuesday, December 20, 2005 7:01 PM |
| **To:** | rmccarthy@edwardsangell.com |
| **Cc:** | Robert A. S. Silberman |
| **Subject:** | Purdue pricing |

Hi Rich,

Here is the pricing overview of the Purdue system.   Not all 1999 pricing was available as the system was upgraded to a 2000 system, with far more advanced optics and stage switching capabilities.  Don't know what the pricing was for the Silicon Graphics computers.  Our normal price for computers is 10% over the manufacturer price.  Since they sold it, they should know what the invoice was.  Adding this up, shows that even without the computer pricing, our list price was significantly higher than the quoted $245,646 system price.

The secretary should have invoiced the 1999 and 2000 pricebooks.  Please, note that all this information is company confidential.

Let me know whether this is sufficient.

Kind Regards,

**Rik Kerstens** - Financial Controller

PANalytical                          c: rik.kerstens@panalytical.com
Natick (MA)                          t: +1 508 647 1186
United States                        w: www.PANalytical.com

PANalytical                                          The Analytical X-ray Company

The information contained in this message is confidential and may be legally privileged. The message is intended solely for the addressee(s). If you are not the intended recipient, you are hereby notified that any use, dissemination, or reproduction is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender by return e-mail and destroy all copies of the original message.

| Main system ordered by Purdue | | 1999 Price Book | 2000 Price Book |
|---|---|---|---|
| Part Number | Item Description | | |
| PW3040/00 | Diffractometer Console | $ 43,694.00 | $ 43,408.00 |
| 9430.011.72011 | Holder, Sample PW1170 | $ 307.00 | $ 240.00 |
| 9430.013.11501 | HT Cable 2.0M | $ 2,392.00 | $ 2,415.00 |
| 9430.013.38071 | 7M Null Modem Cable | $ 117.00 | $ 122.00 |
| 9430.018.11001 | Holder, Sample PW1800 | $ 187.00 | $ 187.00 |
| 9430.018.11161 | Insert, Sample PW1811 | $ 175.00 | $ 176.00 |
| 9430.030.11201 | DET XE 20X24MM DS | $ 3,639.00 | $ 3,851.00 |
| 9430.030.32601 | IF Tube TW TT 150 MM | | $ 2,602.00 |
| 9430.030.40601 | Diffractometer Console | $ 43,694.00 | $ 43,408.00 |
| 9430.030.42101 | Pedestal Vertical | $ 1,800.00 | $ 854.00 |
| 9430.030.50601 | Goniometer Norm Res | $ 33,776.00 | $ 25,085.00 |
| 9430.030.55001 | Interface Counterweights | $ 402.00 | $ 377.00 |
| 9430.030.55601 | Counterweight | | $ 708.00 |
| 9430.030.64001 | Stage Sample Spinner | | $ 5,413.00 |
| 9430.030.65001 | Sample Changer 15 POS | | $ 7,078.00 |
| 9430.017.67301 | Verif Sample TTK450 | $ 282.00 | $ 281.00 |
| 9430.030.74001 | Stage MPSS | | $ 5,309.00 |
| 9430.030.81601 | PDS PFX Right | | $ 5,923.00 |
| 9430.030.85401 | Soller Slit o.o4 RAD | | $ 833.00 |
| 9430.030.91601 | Prog Anti Scat Slits R | | $ 5,205.00 |
| 9430.030.93601 | PRS PFX | | $ 4,685.00 |
| 9430.031.23101 | Curved Monochrom Sec Cu | | $ 6,090.00 |
| 9430.037.13201 | Board MDCD 2 | | $ 1,562.00 |
| 9430.037.13551 | Cable MDCD | | $ 468.00 |
| 9430.037.14601 | Board Spinner Changer | | $ 1,384.00 |
| 9430.037.16201 | Board Dual Scaler | | $ 2,061.00 |
| 9430.037.17101 | HV Conv for Detector | $ 474.00 | $ 479.00 |
| 9430.500.20121 | Vacuum System, TTK | $ 8,840.00 | $ 9,432.00 |
| 9430.500.20141 | Dewar Vessel, Nitrogen TTK, 10L | $ 1,547.00 | $ 1,648.00 |
| 9430.500.20371 | THC Temperature Humidity Chamber System | | $ 14,685.00 |
| 9430.500.20381 | Humidity Generator | | $ 26,019.00 |
| 9430.500.20391 | Temperature Bath | | $ 1,703.00 |
| 9430.500.20401 | Heatable Hose | | $ 348.00 |
| 9430.500.27841 | Camera, TTK450, Less Goni Mount | $ 15,625.00 | $ 16,861.00 |
| 9430.500.27851 | Nitrogen Supply, TTK450 Suction & Hoses | $ 4,390.00 | $ 4,895.00 |
| 9430.500.28361 | X'Pert Pro Adapter TTK | | $ 1,612.00 |
| 9430.922.00371 | Tube, CU, LFF, Ceranic Special | | $ 5,227.00 |
| 9430.032.00921 | SW, Xpert Data Collector LTU Win | $ 3,542.00 | $ 3,519.00 |
| 9430.032.01921 | SW, Xpert Graphics LTU WIN | $ 2,349.00 | $ 2,342.00 |
| 9430.032.02921 | SW, Xpert Identify LTU WIN | $ 2,349.00 | $ 2,342.00 |
| 9430.032.10921 | SW, Xpert Organizer LTU WIN | $ 944.00 | $ 938.00 |
| 9430.832.07921 | X'Pert Plus+ Diamond Pack | | $ 4,726.00 |
| 9425.037.4.560 | Silicon Graphics 540 Base Model PC | | |
| 9425.037.30570 | Printer, HP2000SCE Pro, Color w/cable | | |
| 9425.038.70320 | Training, XRD or XRF, Applications & SW, 2.5 D | $ 3,000.00 | $ 3,000.00 |
| 9425.030.42000 | Course, Appl XRF/XRD | | $1,563.00 |
| 9425.037.23100 | Switch Box Remote Diagnostics | | $ 683.00 |
| 9425.031.91010 | Water Chiller, 3.85KW, W/Cooled | $ 4,441.00 | $ 4,789.00 |
| 9430.030.52601 | IF Stages TT 150 MM | | $ 1,665.00 |
| 9430.030.55201 | Counter Weight 20NM | $ 248.00 | $248 |
| 2735.171.40111 | Adapter, 25MPIN-9FPIN, THMSCR | | |
| 2735.171.40113 | Adapter, IBM Serial 9M to 25F | | |
| 2735.171.40117 | Cable Null Modem, 25F-25F, 25FT | | |
| 2735.171.40128 | Interface, 2 Serial 1 PA R, PC | | |
| | Subtotal | | $ 278,449.00 |

| Part Number | Item Description | 1999 Price Book | 2000 Price Book |
|---|---|---|---|
| 9430.500.28341 | Capillary sample alignment microscope | | $ 1,437.00 |
| 9430.920.03601 | PreFIX Microscope Interface | | $ 2,842.00 |
| PW3063/00 | Capillary spinner | | $ 4,685.00 |
| PW3086/00 | Anti-Scatter device for programmable div. Slit | | $ 2,134.00 |
| | Customer credit | | $5,000 |
| | | Subtotal | $ 16,098.00 |
| | | Total | $ 294,547.00 |

1) Parts were upgraded from original quote to new generation PreFIX system, which has a higher perceived ma
   The parts are similar to 1999 parts, except that they have a features to exchange the X-ray optics + stages w
   The 1999 prices are not available for these these parts as these features were not yet available.

2) Part not standardly used with PreFIX (no longer in 2000 pricebook).  Used 1999 pricing.

3) Non-standard parts pricing not in pricebook.  Included to accommodate the customer requested Silicon Grah
   which is not part of standard offering.  The computer list price is normally marked up 10% over our invoice pr
   shipping and handling.

4) Not including the $35,000 future optic for this system if system 2 was purchased.