

**MANDATE**

S.D.N.Y.-Wh. Plns.
07-cv-8420
05-cr-1235
Robinson, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4ᵗʰ day of April, two thousand eight,

Present:

<div style="margin-left:2em">

Hon. Pierre N. Leval,
Hon. Guido Calabresi,
Hon. Richard C. Wesley,
   *Circuit Judges.*

</div>



UNITED STATES COURT OF APPEALS
FILED
APR 04 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

---

Arthur Wollocko,

   *Petitioner-Appellant,*

    v.            08-0082-pr

United States of America,

   *Respondent-Appellee.*

---

Appellant, through counsel, moves for a certificate of appealability. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because Appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c); *Miller-El v. Cockrell*, 537 U.S. 322 (2003).

    FOR THE COURT:
    Catherine O'Hagan Wolfe, Clerk

    By: *[signature]*

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
   DEPUTY CLERK

Issued as Mandate: 6/5/08 AD